# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.  3:14cr12/MCR

BRIAN J. DEWALD and
TYLER W. HARNESS
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on March 31, 2014, this Court entered a Preliminary Order of Forfeiture against the following:

- A. a four door 2006 Dodge with VIN 2D4FV47T96H154555;
- B. $3,954.26 from Wells Fargo N.A. account ending in 4203;
- C. $588.86 from Wells Fargo N.A. account ending in 0979;
- D. $7,146.61 from Wells Fargo N.A. account ending in 0604;
- E. $2,100.11 from Wells Fargo N.A. account ending in 6146;
- F. $10,035.11 from Bank of America account ending in 6306;
- G. $14,290.81 from Bank of America account ending in 8551;
- H. $14,755.45 from Bank of America account ending in 2134; and
- I. $12,195.69 from Bank of America account ending in 6001.

FILED IN OPEN COURT THIS

7-24-2014

CLERK, U.S DISTRICT
COURT, NORTH. DIST, FLA.

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 2, 2014. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this 24th day of ~~February~~ July 2014.

M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

Case No.: 3:14cr12/MCR